# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-13-00182-CR
NO. 03-13-00183-CR
NO. 03-13-00184-CR
NO. 03-13-00185-CR

**Ray Mendoza Miranda, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
NOS. CR-09-509, CR-09-0522, CR-10-0921, CR-09-0521,
HONORABLE BRUCE BOYER, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Ray Mendoza Miranda seeks to appeal four judgments of conviction entered on January 16, 2013, for theft of $1,500 or more but less than $20,000. *See* Tex. Penal Code Ann. § 31.03(a), (e)(4)(A) (West Supp. 2012). The trial court has certified that these are plea bargain cases and that Miranda has no right of appeal. Accordingly, we dismiss the appeals for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Scott K. Field, Justice

Before Chief Justice Jones, Justices Goodwin and Field

Dismissed for Want of Jurisdiction

Filed: May 7, 2013

Do Not Publish